AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

United States of America
v.
DUSTIN SARGENT

)
) Case: 1:23-mj-22
) Assigned To: Magistrate Judge Zia M. Faruqui
) Assign. Date: 1/23/2023
) Description: Complaint with Arrest Warrant
)
)

Defendant

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

(name of person to be arrested)      DUSTIN SARGENT,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☒ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1) - Entering and Remaining in a Restricted Building or Grounds,
18 U.S.C. § 1752(a)(2) - Disorderly and Disruptive Conduct in a Restricted Building or Grounds,
18 U.S.C. § 1752(a)(4) - Engaging in Physical Violence in a Restricted Building or Grounds,
40 U.S.C. § 5104(e)(2)(D) - Disorderly or Disruptive Conduct in the Capitol Grounds or Buildings,
40 U.S.C. § 5104(e)(2)(F) - Act of Physical Violence in the Capitol Grounds or Buildings,
40 U.S.C. § 5104(e)(2)(G) - Parading, Demonstrating, or Picketing in a Capitol Building,
18 U.S.C. § 231(a)(3) - Obstruction of Law Enforcement during Civil Disorder,
18 U.S.C. § 111(a)(1) - Assaulting, Resisting, or Impeding Certain Officers,
18 U.S.C. §§ 1512(c)(2) and 2 - Obstruction of an Official Proceeding and Aiding and Abetting.

Date: 1/23/2023

2023.01.23
17:34:07
-05'00'

Issuing officer's signature

City and state:    Washington, D.C.         Zia M. Faruqui, U.S. Magistrate Judge
                                             Printed name and title

### Return

This warrant was received on (date) 01/23/23, and the person was arrested on (date) 02/01/23
at (city and state) KUHKLETOWN PA. (111 STONELANE)

Date: 02/01/23

TFO
Arresting officer's signature

TFO ERIC JEMANUITZ
Printed name and title