UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Criminal No. 23-37   RDM |
| | : | |
| DUSTIN SARGENT | : | |
| | : | |
| **Defendant** | : | |

**JOINT STATUS REPORT**

The United States of America, by and through Christopher M. Cook, Assistant United States Attorney, and Allen H. Orenberg, counsel for the Defendant, submit the following Joint Status Report:

1. The Court ordered that a Joint Status Report be filed in this matter, on or before May 26, 2023, and that the Status Report include any next steps and any tolling of the speedy trial clock.

2. On February 1, 2023, a Grand Jury returned a ten count Indictment, alleging violations of federal law that arose from the Defendant's conduct on January 6, 2021.

3. Case specific discovery has been provided in this case, but global discovery productions are ongoing and voluminous.

4. The Parties respectfully request the Court to extend the deadline for filing another Joint Status Report for approximately 60 days, until approximately July 26, 2023.

5. The Parties submit that this extra time will allow the parties to review the large discovery productions, to engage in meaningful negotiations, and to determine whether this case may be resolved short of trial.

1

6. The Parties have also agreed, and jointly request the Court to exclude related time from the Speedy Trial Act for 60 days from the date of this filing.

Respectfully submitted,

*/s/ Christopher M. Cook*
CHRISTOPHER M. COOK
Assistant U.S. Attorney
700 Grant Street, Suite 4000
Pittsburgh, Pennsylvania 15219
christopher.cook5@usdoj.gov
KS ID No. 23860

*/s/ Allen H. Orenberg*
Allen Howard Orenberg
THE ORENBERG LAW FIRM, P.C.
12505 Park Potomac Avenue
6th Floor
Potomac, MD 20854
DC Bar No. 395519