# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| v. | : | Criminal No. 23-37 RDM |
| | : | |
| DUSTIN SARGENT, | : | |
| | : | |
| Defendant. | : | |

## JOINT STATUS REPORT

The United States of America, by and through Jack E. Burkhead, Assistant United States Attorney, and Allen H. Orenberg, counsel for the Defendant, submit the following Joint Status Report:

1. The Court ordered that a Joint Status Report be filed in this matter on or before November 27, 2023, and that the Status Report include any next steps and any tolling of the speedy trial clock.

2. On February 1, 2023, a Grand Jury returned a ten count Indictment, alleging violations of federal law that arose from the Defendant's conduct on January 6, 2021.

3. Case specific discovery has been provided in this case, but global discovery productions are ongoing and voluminous.

4. On July 26, 2023, undersigned counsel entered his appearance on behalf of the United States, substituting for predecessor counsel, Assistant United States Attorney Chris Cook.

5. The parties have engaged in settlement discussions and, to assist in that endeavor, the Defendant has moved the Court for a Criminal History Report. The Court granted that request, and the parties are awaiting the final report from United States Probation.

6. The Parties respectfully request the Court to extend the deadline for filing another Joint Status Report for approximately 60 days, until approximately January 27, 2024.

7. The Parties submit that this extra time will allow the parties to review the large discovery productions, to continue meaningful negotiations, and to determine whether this case may be resolved short of trial.

8. The Parties have also agreed, and jointly request the Court to exclude related time from the Speedy Trial Act for 60 days from the date of this filing.

Respectfully submitted,

*/s/ Jack E. Burkhead*
JACK E. BURKHEAD
Assistant U.S. Attorney (detailee)
201 Third St.; Suite 900
Albuquerque, New Mexico 87103
jack.e.burkhead@usdoj.gov
NM Bar No. 10493