# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| | : | |
| v. | : | Criminal No. 23-37 RDM |
| | : | |
| | : | |
| **DUSTIN SARGENT,** | : | |
| | : | |
| Defendant. | : | |

## JOINT STATUS REPORT

The United States of America, by and through Jack E. Burkhead, Assistant United States Attorney, and Allen H. Orenberg, counsel for the Defendant, submit the following Joint Status Report:

1. The Court ordered that a Joint Status Report be filed in this matter on or before February 12, 2024, and that the Status Report include any next steps and any tolling of the speedy trial clock.   Minute Order, January 30, 2024.

2. On February 1, 2023, a Grand Jury returned a ten count Indictment, alleging violations of federal law that arose from the Defendant's conduct on January 6, 2021.

3. Case specific discovery has been provided in this case, but global discovery productions are ongoing and voluminous.

4. On July 26, 2023, undersigned counsel entered his appearance on behalf of the United States, substituting for predecessor counsel, Assistant United States Attorney Chris Cook.

5. The parties have engaged in settlement discussions, however counsel for the defendant requires additional time to conduct an independent investigation.

6. The Parties respectfully request the Court to extend the deadline for filing another

Joint Status Report for approximately 30 days, until approximately March 12, 2024.

7. The Parties submit that this extra time will allow counsel for the defendant to conclude his independent investigation, and allow the parties to determine whether this case may be resolved short of trial.

8. The Parties have also agreed, and jointly request the Court to exclude related time from the Speedy Trial Act for 30 days from the date of this filing.

Respectfully submitted,

/s/ Jack E. Burkhead
JACK E. BURKHEAD
Assistant U.S. Attorney (detailee)
201 Third St.; Suite 900
Albuquerque, New Mexico 87103
jack.e.burkhead@usdoj.gov
NM Bar No. 10493