# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| | : | |
| v. | : | Criminal No. 23-37 RDM |
| | : | |
| | : | |
| **DUSTIN SARGENT,** | : | |
| | : | |
| Defendant. | : | |

## JOINT MOTION FOR EXTENSION OF TIME TO SUBMIT STATUS REPORT

The United States of America, by and through Jack E. Burkhead, Assistant United States Attorney, and Allen H. Orenberg, counsel for the Defendant, hereby request a two-week extension to submit the Joint Status Report. In support of this request, the parties state as follows.

The Court ordered that a Joint Status Report be filed in this matter on or before March 12, 2024, and that the Status Report include any next steps and any tolling of the speedy trial clock. Minute Order, February 9, 2024. On or about March 4, 2024, the Defendant filed a sealed pleading with the Court, the resolution of which will inform how the parties craft the status report. The parties anticipate that the Court will resolve the issue raised in the sealed pleading within two weeks, consequently the Government and Defendant respectfully request a two-week extension to file a Status Report. The Defendant agrees that the speedy trial clock tolls during that period.

WHEREFORE, the parties respectfully request an extension until March 26, 2024, by which to file the Status Report.

Respectfully submitted,

*/s/ Jack E. Burkhead*
JACK E. BURKHEAD
Assistant U.S. Attorney (detailee)
201 Third St.; Suite 900
Albuquerque, New Mexico 87103
jack.e.burkhead@usdoj.gov
NM Bar No. 10493