# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** : | |
| : | |
| v. : | Case No. 1:23-CR-0037-RDM |
| : | |
| **DUSTIN MICHAEL SARGENT,** : | |
| **Defendant.** : | |

## JOINT STATUS REPORT

Allen H. Orenberg, counsel for the Defendant, and The United States of America, by and through Jack E. Burkhead, Assistant United States Attorney, hereby submits this Joint Status Report.

1. The Court ordered that a Joint Status Report be filed in this matter on or before May 1, 2024.

2. On or about March 4, 2024, the Defendant filed a sealed pleading with the Court. On April 21, 2024, a (sealed) report was sent to counsel and Chambers from the D.C. Department of Behavioral Services. The parties are now requesting the Court to follow the opinion and recommendations made in the (sealed) report.

3. The defendant agrees that the speedy trial clock should be tolled until resolution of the sealed pleading (filed on March 4, 2024), or until the next Court hearing.

1

Respectfully Submitted,

_____
Allen H. Orenberg, # 395519
The Orenberg Law Firm, LLC
200-A Monroe Street, Suite 233
Rockville, Maryland 20850
Tel. No. 301-807-3847
Fax No. 240-238-6701
aorenberg@orenberglaw.com

*/s/ Jack E. Burkhead*
JACK E. BURKHEAD
Assistant U.S. Attorney (detailee)
201 Third St.; Suite 900 Albuquerque, New Mexico 87103
jack.e.burkhead@usdoj.gov
NM Bar No. 10493

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 1st day of May, 2024, a copy of the foregoing Joint Status Report was served to all case registered parties by CM/ECF.

_____
Allen H. Orenberg