IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** : | |
| : | |
| v. : | Case No. 1:23-CR-0037-RDM |
| : | |
| **DUSTIN MICHAEL SARGENT,** : | |
| **Defendant.** : | |

# JOINT STATUS REPORT

Allen H. Orenberg, counsel for the Defendant, and The United States of America, by and through Assistant United States Attorney Jack E. Burkhead, hereby submit this Joint Status Report.

1. The Court ordered a Joint Status Report to be filed in this matter on or before May 24, 2024.

2. On or about March 4, 2024, Defendant filed a sealed pleading with the Court. On April 21, 2024, a sealed report was sent to counsel and Chambers from the D.C. Department of Behavioral Services. (DBH)  On May 1, 2024, the parties filed a joint status report [31] requesting the Court to follow the opinion and recommendations made within in the sealed report.

3. The parties are continuing to confer as how to proceed in this matter. However, the parties need additional time to consult with appropriate medical personnel regarding the opinion and recommendations made within the sealed DBH report.

1

Consequently, the parties ask the Court for leave to file another joint status report or before July 26, 2024.

4. Defendant Dustin Michael Sargent agrees that the speedy trial clock should be tolled until resolution of the sealed pleading (filed on March 4, 2024), or until the next Court hearing.

Respectfully Submitted,

_____
Allen H. Orenberg, # 395519
The Orenberg Law Firm, LLC
200-A Monroe Street, Suite 233
Rockville, Maryland 20850
Tel. No. 301-807-3847
Fax No. 240-238-6701
aorenberg@orenberglaw.com

>*/s/ Jack E. Burkhead*
>U.S. Attorney's Office
>555 4th Street, NW
>P.O. Box 607
>Washington, DC 20001
>505-224-1434
>Email: jack.e.burkhead@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on the 24th of May, 2024, a copy of the foregoing Joint Status Report was served to all case registered parties by CM/ECF.

>_____
>Allen H. Orenberg