**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| | : | |
| v. | : | Criminal No. 23-37 RDM |
| | : | |
| | : | |
| **DUSTIN SARGENT,** | : | |
| | : | |
| **Defendant.** | : | |

## JOINT STATUS REPORT

The United States of America, by and through Jack E. Burkhead, Assistant United States Attorney, and Allen H. Orenberg, counsel for the Defendant, submit the following Joint Status Report:

1. The Court ordered that a Joint Status Report be filed in this matter on or before January 8, 2025, and that the Status Report include any next steps and any tolling of the speedy trial clock. Minute Order, November 18, 2024.

2. On February 1, 2023, a Grand Jury returned a ten count Indictment, alleging violations of federal law that arose from the Defendant's conduct on January 6, 2021.

3. Case specific discovery has been provided in this case, but global discovery productions are ongoing and voluminous.

4. The parties have engaged in good-faith negotiation in an attempt to resolve this matter, however, on December 31, 2024, counsel for the Defendant communicated to the Government that he rejects the proposed settlement. Consequently, the United States believes that this matter will be proceeding to trial.

5. The United States respectfully requests that the Court convene a status conference to discuss a trial date and associated deadlines.

6. Pursuant to 18 U.S.C. § 3161 (h)(1)(A), the parties request that the Court exclude related time from the Speedy Trial Act until a trial date is set.

Respectfully submitted,

*/s/ Jack E. Burkhead*
JACK E. BURKHEAD
Assistant U.S. Attorney (detailee)
201 Third St.; Suite 900
Albuquerque, New Mexico 87103
jack.e.burkhead@usdoj.gov
NM Bar No. 10493

Approved by:

Allen Orenberg
Counsel for the Defendant