IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | : |
| | : |
| v. | : Case No. 1:23-CR-0037-RDM |
| | : |
| **DUSTIN MICHAEL SARGENT,** | : |
|    Defendant. | : |

### UNOPPOSED MOTION FOR VIRTUAL STATUS HEARING

*COMES NOW*, Dustin Michael Sargent, by and through counsel, and respectfully moves this Court for the entry of an Order which permits the in-person status scheduled for Tuesday, January 21, 2021, (2:30 p.m.) to be conducted by video-conferencing. By Standing Order No. 23-26-JEB, dated May 5, 2023, the Chief Judge authorizes "[c]ertain Criminal proceedings [] be conducted by video or teleconferencing technology as permitted by law, with the consent of the defendant."

After consultation with counsel, Mr. Sargent (who lives in Kunkleton, PA) consents to this status hearing being conducted by video conferencing. The status hearing is expected to be a very short proceeding. It is preferable to handle this very short hearing virtually so that Mr. Sargent does not have to travel to/from his home in Kunkletown, VA, to/from Washington, D.C. [1] Furthermore granting this motion will conserve valuable attorney and court resources.

---

[1] Kunkletown, PA, is approximately 225 miles from the U.S. Courthouse in Washington D.C.

Government counsel, AUSA Jack E. Burkhead, does not oppose this request.

WHEREFORE, for the foregoing reasons and such other reasons which may appear just and proper, defendant Dustin Michael Sargent, respectfully moves this Court for the entry of an Order which permits the in- person status hearing scheduled for Tuesday, January 21, 2025, (2:30 p.m.) to be conducted by video-conferencing.

                                              Respectfully submitted,

_____
Allen H. Orenberg, Bar No. 395519
The Orenberg Law Firm, LLC
200-A Monroe Street, Suite 233
Rockville, Maryland 20850
Tel. No. (301) 807-3847
Fax No. (240) 238-6701
aorenberg@orenberglaw.com
Counsel for Charles O. Pratt, IV

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 9th day of January 2025, this Unopposed Motion for Virtual Status Hearing, and a proposed Order, was filed electronically through the CM/ECF filing system, thereby, providing service electronically upon all parties in this case.

_____
Allen H. Orenberg